## CHICAGO & EASTERN ILLINOIS RAILROAD CO.
### ET AL. *v.* UNITED STATES ET AL.

No. 360.   Decided November 5, 1962.

*Frank F. Vesper* for appellants.

*Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Irwin A. Seibel, Robert W. Ginnane* and *Fritz R. Kahn* for the United States et al.

*William J. O'Brien, Jr., Richard J. Murphy* and *Robert H. Bierma* for rail carrier appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS would note probable jurisdiction.

## GLUCKSTERN *v.* NEW YORK.

No. 564, Misc.   Decided November 5, 1962.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.